IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DR. SEYED M. KHODDAMI, | ) | |
| Plaintiff, | ) ) ) | 8:08CV306 |
| v. | ) ) | |
| EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services, and MICHAEL B. MUKASEY, as Attorney General of the United States, | ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) ) | |

This matter is before the court on defendants' motion to dismiss, Filing No. 8, the complaint on the basis that plaintiff's application for adjustment of status was adjudicated by the USCIS and approved on September 22, 2008. The court has carefully reviewed the record and finds the motion to dismiss must be granted.

THEREFORE, IT IS ORDERED that defendants' motion to dismiss, Filing No. 8, is granted, and this case is dismissed as moot.

DATED this 6th day of October, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge